**UNITED STATES of America,**
**Appellee,**

v.

**Shirley Ann WILLIAMS, Appellant.**

**No. 01–1773.**

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 6, 2001.

Filed Sept. 21, 2001.

Before LOKEN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Shirley Williams pleaded guilty to conspiring to commit mail and wire fraud in violation of 18 U.S.C. § 371. The district

court[1] sentenced Williams to 5 months imprisonment, followed by 5 months home detention as a condition of the 2–year supervised release term. On appeal, Williams's attorney has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having found no nonfrivolous issues for appeal upon our independent review pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.